# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ZURICH AMERICAN INSURANCE, ET AL.,

   Plaintiffs,

v.

LORD ELECTRIC CO. OF PUERTO RICO, ET AL.,

   Defendants.

**Civil No. 09-1111 (SEC)**

## AMENDED JUDGMENT

In accordance with the "Confidential Settlement Agreement and Release of All Claims" (Docket # 525-1), all of the plaintiffs and the third-party plaintiffs' claims are **DISMISSED with prejudice**. As requested by the parties, the Court retains jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of April, 2014.

               *s/ Salvador E. Casellas*
               SALVADOR E. CASELLAS
               U.S. Senior District Judge